UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION at LEXINGTON

CRIMINAL ACTION NO. 13-14-KSF

UNITED STATES OF AMERICA                                                                  PLAINTIFF

v.                                               **OPINION & ORDER**

SUSAN VENTURA and
MIQUEL VENTURA                                                                           DEFENDANTS

\* \* \* \* \* \* \* \* \* \*

This matter is before the Court upon the motion in limine of the United States [DE #40] to exclude the testimony of Defendant Susan Ventura's proffered expert, Rick Yates, on the grounds that he fails to satisfy the admissibility requirements for expert witnesses under Federal Rule of Evidence 702, and his proposed testimony violates Federal Rules of Evidence 802 and 704(b). This motion is fully briefed and is ripe for review. On July 23, 2013, the parties came before the Court for a pretrial conference and the Court heard argument from counsel on this motion.

There is no dispute that Yates, with over thirty years experience as a certified public accountant working with small businesses and individuals in Kentucky, is qualified to provide expert testimony in this case. Until the United States has presented its case-in-chief, however, the Defendant is uncertain as to the scope of Yates' testimony. Accordingly, it is premature to make rulings on his testimony with one exception. In his expert report, Yates opines that the Venturas had "no intent to deceive bank individuals, the government or anyone in their manner of making these deposits" [DE#57-1]. Under Rule 704(b) of the Federal Rules of Evidence, an expert in a criminal case may not state an opinion about whether a defendant possessed the requisite mental state or

1

condition that constitutes an element of the crime charged. Thus, Yates will be precluded from opining as to the Venturas' intent when making the transactions at issue in this case.

Accordingly, the Court, being fully and sufficiently advised, hereby **ORDERS** that the United States' motion in limine to exclude the expert testimony of Rick Yates is **GRANTED IN PART** to the extent that Yates is precluded from opining about the Defendants' intent, and **DENIED WITHOUT PREJUDICE** in all other respects.

This July 24, 2013.



Signed By:
*Karl S. Forester* KSF
United States Senior Judge